Court, Parenti, J.—Criminally Negligent Homicide.) Present—Callahan, J. P., Boomer, Pine, Lawton and Fallon, JJ.

In the Matter of KEITH S. LIGRECI, as Sergeant of the Town of Clay Police Department, Petitioner, v OWEN P. HONORS, SR., as Commissioner of Public Safety of the Town of Clay, et al., Respondents.—Determination unanimously confirmed without costs and petition dismissed. Memorandum: In light of the seriousness of the charges against petitioner and the need to maintain police discipline and integrity, we find that the penalty of demotion of petitioner was not so disproportionate to the offenses sustained as to shock one's sense of fairness *(see, Matter of Berenhaus v Ward,* 70 NY2d 436, 445; *Matter of McGurn v Mosca,* 144 AD2d 365, 366). (Article 78 Proceeding Transferred by Order of Supreme Court, Onondaga County, Reagan, J.) Present—Callahan, J. P., Boomer, Pine, Lawton and Fallon, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EUGENE WRIGHT, Appellant. (Appeal No. 1.)—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Wayne County Court, Parenti, J.—Rape, 1st Degree.) Present—Green, J. P., Pine, Balio, Boehm and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EUGENE WRIGHT, Appellant. (Appeal No. 2.)—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Wayne County Court, Parenti, J.—Rape, 1st Degree.) Present—Green, J. P., Pine, Balio, Boehm and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GUILLERMO CUADRADO, Appellant. (Appeal No. 1.)—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Wayne County Court, Strobridge, J.—Criminal Possession Controlled Substance, 5th Degree.) Present—Green, J. P., Pine, Balio, Boehm and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GUILLERMO CUADRADO, Appellant. (Appeal No. 2.)—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Wayne County Court, Strobridge, J.—Burglary, 2nd Degree.) Present—Green, J. P., Pine, Balio, Boehm and Davis, JJ.